UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

**CAPITAL CASE**

CIVIL ACTION NO. 04-CV-185-KKC

BENNY LEE HODGE                                                                PETITIONER

VS:                                **JUDGMENT**

GLENN HAEBERLIN, Warden                               RESPONDENT

\*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES**:

(1)      Judgment **IS ENTERED** in favor of the respondent.

(2)      This matter **IS DISMISSED WITH PREJUDICE**.

(3)      This judgment **IS FINAL** and **APPEALABLE**, and no just cause for delay exists.

(4)      The Court **CERTIFIES** that an appeal would be taken in **GOOD FAITH**.

(5)      This matter **IS STRICKEN** from the active docket.

Dated this 10th day of July, 2006.



**Signed By:**

*Karen K. Caldwell*

**United States District Judge**